UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| RALPH and SHERI TRINE, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) CAUSE NO. 1:14-CV-350 |
| BUCKEYE STATE MUTUAL | ) |
| INSURANCE COMPANY | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Defendant, Buckeye State Mutual Insurance Company, by counsel, hereby removes this civil action pending against it in state court to this Court, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.  In support of this removal, Defendant further states as follows:

1. On October 24, 2014, an action was commenced against Buckeye State Mutual Insurance Company in the Steuben Superior Court, Steuben County, Indiana, by Ralph and Sheri Trine, Plaintiffs.  That action bears the same title as above and is docketed in the Steuben Superior Court as Cause No. 76D01-1410-PL-000474.

2. Defendant first received notice of a copy of the complaint on October 27, 2014.

3. The parties to this action satisfy the jurisdictional requirement of complete diversity, as noted below:

    a. The Plaintiffs are citizens and residents of Indiana.

    b. Defendant Buckeye State Mutual Insurance Company is an Ohio corporation with its principal place of business in Ohio.

4. More than $75,000.00 is in controversy in this case, as the Plaintiffs have asserted that their actual damages exceed $2,000,000.00, and the coverage limits under the policy exceed $1,500.000.00.

31C6830

5. This Notice of Removal has been filed within thirty (30) days after receipt or first notice of the Plaintiffs' claim, as required by 28 U.S.C. §1446(b).

6. Venue is proper pursuant to 28 U.S.C. §1391.

7. Defendant has attached a copy of all pleadings served upon it as required by 28 U.S.C. §1446(a). Copies of the pleadings are attached as Exhibit A, respectively.

8. Written notice of filing this Notice of Removal will be sent promptly to Plaintiff, as specified in the attached Certificate of Service, as required by 28 U.S.C. §1446(d).

9. A copy of this Notice of Removal will be filed promptly with the Clerk in the Steuben Superior Court, County of Steuben, State of Indiana, as required by 28 U.S.C. §1446(d).

WHEREFORE, the Defendant respectfully requests that this action be removed.

Respectfully submitted,

BECKMAN LAWSON, LLP

By: /s/Matthew J. Elliott
Matthew J. Elliott, #21242-02
melliott@beckmanlawson.com
201 West Wayne Street
Fort Wayne, IN 46802
Telephone: (260) 422-0800
Attorney for Defendant
Buckeye State Mutual Insurance Company

31C6830

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 7th day of November, 2014, a true copy of the foregoing was served by first class U.S. mail, postage prepaid, addressed as follows:

Jeremy J. Grogg
Burt, Blee, Dixon, Sutton & Bloom, LLP
200 East Main Street, Suite 1000
Fort Wayne, IN 46802

             /s/Matthew J. Elliott
             Matthew J. Elliott